UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>Plaintiff,<br><br>v.<br><br>J. WINDSOR, et al.,<br><br>Defendants. | No. 2:15-cv-0533 KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c).

By an order filed May 6, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and five copies of his complaint which are required to effect service on the defendants. On May 18, 2015, plaintiff submitted the USM-285 forms but failed to file the copies of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on March 9, 2015; and

////

////

1

2. Within thirty days, plaintiff shall submit to the court the five copies of the complaint required to effect service of process. Failure to return the copies within the specified time period will result in the dismissal of this action.

Dated: May 29, 2015

/ woma0533.8f

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE