UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. WINDSOR, et al.,<br><br>　　　　　Defendants. | No.  2:15-cv-0533 MCE KJN P<br><br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  ECF No. 1.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 4, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 25.  Neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed March 4, 2016 (ECF No. 25) are ADOPTED IN FULL;

2.  Defendants' Motion to Dismiss (ECF No. 19) is GRANTED as to plaintiff's claim that defendant Mahoney denied plaintiff surgery, but DENIED in all other respects; and

3.  Defendants Dr. Windsor, Dr. Lankford, Dr. Lee and T. Mahoney shall file an answer to the complaint within fourteen days from the date this order is electronically filed.

IT IS SO ORDERED.

Dated:  March 29, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT