IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY JEROME WOMACK,**<br><br>               Plaintiff,<br><br>     v.<br><br>**J. WINDSOR, et al.,**<br><br>               Defendants. | Case No. 2:15-cv-00533-MCE-KJN P<br><br>**ORDER** |

    Good cause appearing, Dr. Lee's counsel may file the declaration of Dr. Lee under seal. The Court will review the information in camera in relation to Dr. Lee's request for a protective order and the declaration will be destroyed or returned to defense counsel at the close of this case.

    **IT IS SO ORDERED.**

Dated:  October 28, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/woma0533.seal