UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>Plaintiff,<br><br>v.<br><br>J. WINDSOR, et al.,<br><br>Defendants. | No. 2:15-cv-0533 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On April 10, 2017, defendants filed their response pursuant to the March 27, 2017 order. Plaintiff did not file a reply. Because plaintiff has now been provided with the documents appended to the appeals, and all pending motions have been resolved, defendants may re-notice their motion for summary judgment within thirty days. The motion shall be briefed on the papers pursuant to Local Rule 230(l).

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order, defendants may re-notice their motion for summary judgment.

Dated: July 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/woma0533.rentc

1