UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>Plaintiff,<br><br>v.<br><br>J. WINDSOR, et al.,<br><br>Defendants. | No. 2:15-cv-0533 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On March 13, 2018, defendants were directed to file a status report concerning plaintiff's legal property, and plaintiff was directed to file objections to the pending findings and recommendations within 14 days from the date he receives his property. On March 14, 2018, plaintiff's objections were entered on the court docket. On March 19, 2018, defendants filed their response, stating that plaintiff received his legal property on February 27, 2018. Thus, it appears that plaintiff's motion for the return of his legal property is now moot.

Because plaintiff's objections crossed in the mail with the court's order, defendants are granted an additional five days to file a reply to the objections, if any.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 86) is denied as moot; and

////

1

2. Defendants' reply to the objections, if any, shall be filed on or before March 26, 2018.

Dated: March 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/woma0533.leg